POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Balam O Letona, 229642 <br> LAW OFFICES OF BALAM O. LETONA <br> 1347 Pacific Ave Ste 203 <br> Santa Cruz, CA 95060 <br> TELEPHONE NO.: (831) 421-0200 <br> ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Perez <br> DEFENDANT/RESPONDENT: Cavalry Portfolio Services, LLC., et al. | CASE NUMBER: <br> C07-05815 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines

BY FAX

3. a. Party served: Cavalry Investments, LLC.

   b. Person Served: CT Corporation, Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* November 20, 2007    (2) at *(time):* 2:05 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Cavalry Investments, LLC.

   under:    Other: Limited Liability Company

7. **Person who served papers**
   a. Name:         Jimmy Lizama
   b. Address:      One Legal, Inc. - 132-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 21, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

| Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> <br> FF# 6651878 |
|---|---|---|