1   Bal    m O Letona, Bar No: 229642       (831) 421-0200
2   LAW OFFICES OF BALAM O. LETONA
    1347 Pacific Ave
3   Santa Cruz, CA  95060

4   Representing: Plaintiff              File No.none

5

6

7

8                  United States District Court

9                  Northern District of California

10

11                                                      BY FAX

12  Perez                                    Case No: C07-05815
13                                  )
14          Plaintiff/Petitioner    )        Proof of Service of:
15                vs                )           Summons, Complaint, Order Setting Initial Case
                                    )           Management Conference, and ADR Deadlines
16  Cavalry Portfolio Services, LLC., et al.  )
17                                  )
            Defendant/Respondent    )
18  _____ )
19                                           Service on:
                                               Cavalry Portfoio Services, LLC.
20

21

22                                           Hearing Date:
23                                           Hearing Time:
                                             Div/Dept:
24

25

26

27

28

                          PROOF OF SERVICE

FF# 6651877

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Bal   m O Letona, 229642<br>LAW OFFICES OF BALAM O. LETONA<br>1347 Pacific Ave Ste 203<br>Santa Cruz, CA  95060<br>TELEPHONE NO.: (831) 421-0200<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
280 S. First St. #2112
San Jose, CA  95113-3008

| PLAINTIFF/PETITIONER: Perez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cavalry Portfolio Services, LLC., et al. | C07-05815 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>none |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference, and ADR Deadlines

*BY FAX*

3. a. Party served:  Cavalry Portfoio Services, LLC.

   b. Person Served:  CT Corporation, Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served:  818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) or *(date):* November 20, 2007    (2) at *(time):*   2:05 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Cavalry Portfoio Services, LLC.

   under:    Other:  Limited Liability Company

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was:  $ 14.95
   e. I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  November 21, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                     (SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6651877