| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Balám O. Letona SBN 229642<br>Law Office of Balám O. Letona<br>1347 Pacific Avenue, Suite 203<br>Santa Cruz, CA 95060-3940<br>TELEPHONE NO.: 831-421-0200    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFF | *FOR COURT USE ONLY* |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE<br>MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>CITY AND ZIP CODE: 280 South First Street, Room 2112<br>BRANCH NAME: San José, California 95113 | |
|---|---|

| PLAINTIFF/PETITIONER: LEANDRO G. PEREZ<br><br>DEFENDANT/RESPONDENT: CAVALRY PORTFOLIO SERVICES, LLC.ET.AL. | CASE NUMBER:<br><br>C07-05815 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      CAVALRY SPV I, LLC.

   b. Person served:    [ ] party in item 3a    [✓] other *(specify name and relationship to the party named in item 3a):*
      Agent for Service of Process: The Corporation Trust Company

4. Address where the party was served: Corporation Trust Center, 1203 Orange Street, Wilmington, DE 19801

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*    (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. July 1, 2004] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>American LegalNet, Inc.<br>www.USCourtForms.com |
|---|---|---|

| PLAINTIFF/PETITIONER: LEANDRO G. PEREZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CAVALRY PORTFOLIO SERVICES, LLC.ET.AL. | C07-05815 |

c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 11-16-07       (2) from *(city):* Santa Cruz, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    [✓] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                  [ ] other:

7. **Person who served papers**
  a. Name: Balám O. Letona SBN 229642
  b. Address: 1347 Pacific Avenue, Suite 203, Santa Cruz, CA 95060
  c. Telephone number: 831-421-0200
  d. **The fee** for service was: $ 7.30
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [✓] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11-16-07

_____
Balám O. Letona SBN 229642
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Leandro Perez v. Cavalry Portfolio Services, LLC., et.al. | C07-05815 |



LAW OFFICE OF BALAM O. LETONA INC
Balam O. Letona, Esq.
1347 Pacific Avenue. Ste. 203
Santa Cruz, CA 95060

PS Form 3800, 2/04

**CERTIFIED MAIL**

7155 5474 4100 4888 8630

**RETURN RECEIPT REQUESTED**

COMPLETE THIS SECTION ON DELIVERY

A. Signature □ Addressee ☑ Agent

X _____

B. Received By: (Please Print Clearly)

C. Date of Delivery **NOV 2 6 2007**

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

City                    State      ZIP + 4 Code

Article Addressed To:

Cavalry SPV I, LLC.
c/o The Corporation Trust Company
Corporation Trust Center
1203 N Orange St
Wilmington DE 19801-1120

U.S. Postal Service
Certified Mail Receipt

**ARTICLE NUMBER**
7155 5474 4100 4888 8630

**ARTICLE ADDRESS TO:**
Cavalry SPV I, LLC.
c/o The Corporation Trust Company
Corporation Trust Center
1203 N Orange St
Wilmington DE 19801-1120

| FEES | |
|---|---|
| Postage per piece | $2.50 |
| Certified Fee | 2.65 |
| Return Receipt Fee | 2.15 |
| Total Postage & Fees: | $7.30 |

Postmark
Here

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page ___1___

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com