| | | |
|---|---|---|
| 1 | Bal   m O Letona, Bar No: 229642 | (831) 421-0200 |
| 2 | LAW OFFICES OF BALAM O. LETONA | |
|   | 1347 Pacific Ave | |
| 3 | Santa Cruz, CA  95060 | |
| 4 | Representing: Plaintiff | File No.none |

United States District Court

Northern District of California

| | |
|---|---|
| Perez | Case No: C07-05815 JF RS |
| Plaintiff/Petitioner | Proof of Service of: |
| vs | Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standard Order Re Pretrial Preparation; Office of the Clerk; Criminal and Civil Law and Motion, Trial, Settlement, Case Management, Dismissal Hearing Schedules; Fee |
| Cavalry Portfolio Services, LLC. | |
| Defendant/Respondent | |
| | Service on: |
| | Winn and Associates f/k/a Winn and Sims |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

PROOF OF SERVICE

FF# 6651881

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bal m O Letona, 229642<br>LAW OFFICES OF BALAM O. LETONA<br>1347 Pacific Ave Ste 203<br>Santa Cruz, CA 95060<br>TELEPHONE NO.: (831) 421-0200<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

| PLAINTIFF/PETITIONER: Perez | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cavalry Portfolio Services, LLC. | C07-05815 JF RS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadline Standard Order Re Pretrial Preparation; Office of the Clerk; Criminal and Civil Law and Motion, Trial, Settlement, Case Management, Dismissal Hearing Schedules; Fee Schedule Summary; Prohibition of Bias; EC Registration Information Handout; US District Court Northern California; Electronic Case Filing; Notice of

3. a. Party served: Winn and Associates f/k/a Winn and Sims

   b. Person Served: Brian N. Winn - Person authorized to accept service of process     **BY FAX**

4. Address where the party was served: 110 E. Wilshire Avenue 212
   Fullerton, CA 92832

5. I served the party
   b. **by substituted service.** On (date): November 20, 2007   at (time): 3:50 pm   I left the documents listed in item 2 with or in the presence of: Natalie Aguay
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   Winn and Associates f/k/a Winn and Sims
   under:   Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:        Edward Kusinsky
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 90.25
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 1826
          (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 26, 2007

Edward Kusinsky                                                 *Edward Kusinsky*
(NAME OF PERSON WHO SERVED PAPERS)                              (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010     **PROOF OF SERVICE OF SUMMONS**     Code of Civil Procedure, § 417.10
[Rev. July 1, 2004]

FF# 6651881

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Bal m O Letona, 229642<br>LAW OFFICES OF BALAM O. LETONA<br>1347 Pacific Ave Ste 203<br>Santa Cruz, CA 95060 | (831) 421-0200 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:

Perez

DEFENDANT:

Cavalry Portfolio Services, LLC.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>C07-05815 JF RS |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On November 26, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standard Order Re Pretrial Preparation; Office of the Clerk; Criminal and Civil Law and Motion, Trial, Settlement, Case Management, Dismissal Hearing Schedules; Fee Schedule Summary; Prohibition of Bias; ECF Registration Information Handout; US District Court Northern California; Electronic Case Filing; Notice of Electronic Availability of Case File

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Winn and Associates f/k/a Winn and Sims
Brian N. Winn
110 E. Wilshire Avenue, 212
Fullerton, CA 92832

BY FAX

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 90.25

Solomon Rodriguez
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 26, 2007 at Los Angeles, California.

Solomon Rodriguez

FF# 6651881