Ronald Wilcox SBN 176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr. Suite F
San José, CA 95126-1001
TEL: (408) 296-0400
Fax: (408) 296-0486
Email: ronaldwilcox@yahoo.com

Balám O. Letona SBN 229642
LAW OFFICE OF BALÁM O. LETONA, INC.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Tel: (831) 421-0200
Fax: (831) 621-9659
Email: letonalaw@gmail.com

Attorneys for Plaintiff(s):
LEANDRO G. PEREZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION**

LEANDRO G. PEREZ,

         Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC., CAVALRY SPV I, LLC., CAVALRY INVESTMENTS, LLC., WINN AND ASSOCIATES f/k/a WINN AND SIMS, and DOES 1 to 10, inclusive,

         Defendant(s).

Case No. C07-05815 JF-RS

**NOTICE OF VOLUNTARY DISMISSAL**

TO: THE COURT AND ALL PARTIES OF RECORD:

Notice is hereby given that Plaintiff dismisses the above titled matter.

//

//

//

1
NOTICE OF VOLUNTARY DISMISSAL
*Leandro G. Perez v. Cavalry Portfolio Services, Inc. et.al.*
Case No. C07-05815 JF-RS

1  LAW OFFICE OF BALÁM O. LETONA
2
3
4  Dated: March 11, 2008                    By: /s/ Balám O. Letona
                                             Balám O. Letona, Esq.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28