Case Name: *Leandro G. Perez v. Cavalry Portfolio Services LLC., et.al.*
US District Court, Northern District of California Court Case No. C07-05815

**PROOF OF SERVICE BY MAIL**
(C.C.P. §§1013, 1013a(3))

STATE OF CALIFORNIA    )
                                  ) ss.
COUNTY OF SANTA CRUZ )

      I am employed in the County of Santa Cruz, State of California.  I am over the age of 18 years and not a party to the within action; my business address is Law Office of Balám O. Letona, 1347 Pacific Avenue, Suite 203, Santa Cruz, CA 95060.

      On March 11, 2008, I served the foregoing document(s):

- **NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

John E. Gordon, Esq.
Winn Law Group, APC
110 E. Wilshire Avenue, Suite 212
Fullerton, CA 92832

[X]    **BY MAIL:** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the Untied States mail at Santa Cruz, California.

Executed on March 11, 2008, at Santa Cruz, California.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                   By:   /s/
                                                           Balám O. Letona